IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| EDSON ARENTOS CHARLES and GERALD BLACK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. CIV-08-773-C |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant | ) | |

O R D E R

On August 5, 2008, Magistrate Judge Gary M. Purcell, to whom this case had been referred under 28 U.S.C. § 636, issued an Order to Plaintiff Black to cure deficiencies by August 25, 2008, relating to this Plaintiff's failure to sign the Complaint, pay the necessary filing fee, or submit an application to proceed in forma pauperis.  Plaintiff Black neither responded nor requested additional time in which to do so.  Therefore, on August 26, 2008, the Magistrate Judge issued a Report and Recommendation recommending that the action be dismissed without prejudice as to Plaintiff Black.

The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed.  Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the action is dismissed without prejudice as to Plaintiff Black.

IT IS SO ORDERED this 30th day of September, 2008.

*(signature)*
ROBIN J. CAUTHRON
United States District Judge